IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| AIMEE PARISEAU, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:04CV630-V |
| ANODYNE HEALTHCARE MANAGEMENT, INC., et. al, | ) | |
| Defendants. | ) | |

| LAWRENCE J. DEMARSE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:05CV71-V |
| ANODYNE HEALTHCARE MANAGEMENT, INC., et. al, | ) | |
| Defendants. | ) | |

## ORDER STAYING DISCOVERY

**THIS MATTER** is before the Court on the Plaintiffs' "Unopposed Motion(s) to Hold Discovery in Abeyance" (document #16 in Civil No. 3:04CV630-V and document #13 in Civil No. 3:05CV71-V) filed September 20, 2005.

These matters have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), and these Motions are now ripe for the Court's consideration.

On April 6, 2005, counsel for the parties in both cases captioned above conducted an Initial

Attorneys' Conference, and agreed, among other things, to a discovery deadline of January 6, 2006, but did not file Certifications of Initial Attorneys' Conference.

Instead, on April 27, 2005, Aimee Pariseau, the Plaintiff in Civil No. 3:04CV630-V, filed a Motion to Consolidate the cases, which is presently pending before the Honorable Richard L. Voorhees, the United States District Judge to whom these cases are assigned.

On September 20, 2005, the Plaintiffs each filed an Unopposed Motion to Hold Discovery in Abeyance pending Judge Voorhees' ruling on the Motion to Consolidate, which state that the Defendants do not oppose their Motions.

For the reasons stated therein, and after conferring with Judge Voorhees' chambers' staff, the undersigned will <u>grant</u> the Plaintiffs' motions and <u>stay</u> pretrial proceedings pending a determination on the issue of consolidation.

**NOW THEREFORE, IT IS HEREBY ORDERED**:

1. The Plaintiffs' "Unopposed Motion(s) to Hold Discovery in Abeyance" (document #16 in Civil No. 3:04CV630-V and document #13 in Civil No. 3:05CV71-V) are **GRANTED,** that is, pretrial proceedings in these matters, including discovery, are **STAYED** pending Judge Voorhees' ruling on Plaintiff Aimee Pariseau's Motion to Consolidate (document #13 in Civil No. 3:04CV630-V) or other Orders of this Court.

2. Within 14 days of a ruling on the Motion to Consolidate, counsel for the parties shall again conduct an Initial Attorneys' Conference and agree to new pretrial deadlines. As provided by Local Rule 16.1, within five days thereafter, the parties shall file Certifications of Initial Attorneys' Conference, or if the cases are consolidated, a single Certification.

3. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.

**Signed: November 21, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge